# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   20-mj-3364

UNITED STATES OF AMERICA

vs.

**PATRICK ANTHONY BLAKE,**
**CLAYTON MANHERTZ, and**
**ROHAN MCDONALD.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      __ Yes  X  No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __ Yes  X  No

3.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?      __ Yes  X  No


Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


BY:      /s/ Peter W. Link_____
PETER W. LINK
Special Assistant United States Attorney
Southern District of Florida
Court ID No. 5502658
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9136
E-mail: peter.link@usdoj.gov

AO 91 (Rev 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No. 20-mj-3364 |
| PATRICK ANTHONY BLAKE, | ) | |
| CLAYTON MANHERTZ, and | ) | |
| ROHAN MCDONALD | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about _____August 6, 2020_____, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(2)(G), it is further alleged that this violation involved one-hundred (100) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |

This criminal complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Richard Maniara_
_____
*Complainant's signature*

Richard Maniara, Special Agent, HSI
_____
*Printed name and title*

Attested to by the applicant in accordance with Fed.R.Crim.P. 4.1 by FaceTime.

Date:   August 13, 2020_____

_Chris McAliley_
_____
*Judge's signature*

City and state:   Miami, Florida

U.S. Magistrate Judge Chris M. McAliley
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Maniara, being duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.        I have been a Special Agent with Homeland Security Investigations ("HSI") since December 2014 and have approximately 18 years of federal law enforcement experience. As a Special Agent, I am responsible for investigating smuggling cases involving persons and cargo entering the United States, and investigating violations of statutes relating to immigration and customs, including Title 21 of the United States Code. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19 and 21 of the United States Code. I have participated in investigations involving violations of the Controlled Substance Act, which include conducting physical and electronic surveillance, execution of search warrants, and arrests of numerous drug traffickers. I have conducted interviews of numerous informants and suspects and have spoken with experienced narcotics investigators concerning the methods and practices of drug traffickers and the laundering of illicit drug proceeds. I have received specialized training in the use of wiretaps, telephone toll analysis, and wire intercept equipment.

2.        The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this

Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3.      This Affidavit is submitted for the sole purpose of establishing probable cause for the arrest of Patrick Anthony Blake ("BLAKE"), Clayton Manhertz ("MANHERTZ"), and Rohan McDonald ("MCDONALD") and to show that while onboard a vessel subject to the jurisdiction of the United States, they did knowingly and willfully conspired to possess with intent to distribute a controlled substance, that is one-hundred (100) kilograms or more of marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

## PROBABLE CAUSE

4.      On or about August 6, 2020, at approximately 5:15 p.m., a Marine Patrol Aircraft ("MPA") on routine patrol in the Caribbean Sea detected a go-fast vessel ("GFV"), operating approximately 32 nautical miles north of Navassa Island, United States, in international waters. The MPA observed the vessel to be operating at a high rate of speed with three (3) crew members onboard. All three of the crew members were observed by the MPA jettisoning packages from the GFV. The United States Ship ("USS") SHAMAL was patrolling nearby and diverted to intercept the GFV. The USS SHAMAL launched their small boat with an embarked law enforcement team to interdict the GFV.

5.      Once alongside the GFV, law enforcement made contact with all three of the crew members and conducted a right of visit boarding of the GFV. There were three individuals onboard, who were later identified as BLAKE, a Jamaican national, MANHERTZ, a Jamaican national, and MCDONALD, a Jamaican national. The master of the vessel, identified as BLAKE, made a verbal claim of Jamaican nationality for the vessel. Based on the master's claim, the United

States contacted the government of Jamaica. The Jamaican government could not confirm registry of the vessel, but granted permission to board and search the vessel.

6.      A full law enforcement boarding was conducted. Law enforcement located a total of eighty (80) packages of suspected contraband onboard the GFV and in the associated jettison field. The packages were of varying shapes and sizes. The combined total weight of the packages is approximately 809 pounds (or approximately 367 kilograms). A law enforcement officer conducted field tests of the substance in the packages. The substance tested positive for marijuana.

7.      On August 7, 2020, the Jamaican government denied registration of the GFV. Due to Jamaica's response, the GFV was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

8.      All three (3) crew members (BLAKE, MANHERTZ, and MCDONALD) are scheduled to arrive in the Southern District of Florida on Thursday, August 13, 2020.

[Space intentionally left blank]

9.      Based on the foregoing facts, I submit that probable cause exists to believe that the defendants, BLAKE, MANHERTZ, and MCDONALD, while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully conspired to possess with intent to distribute a controlled substance, that is one-hundred (100) kilograms or more of marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT

RICHARD MANIARA, Special Agent
Homeland Security Investigations

Attested by the Applicant in accordance
with the requirements of Fed. R. Crim. P.
4.1 by FaceTime this

____13th____ Day of August, 2020

THE HONORABLE CHRIS M. MCALILEY
CHIEF UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _20-mj-3364_

### BOND RECOMMENDATION

DEFENDANT: PATRICK ANTHONY BLAKE

PTD

(Personal Surety) (Corporate Surety) (Cash) **(Pre-Trial Detention)**

By: _Peter W. Link_
SAUSA: Peter W. Link

Last Known Address: Jamaica

What Facility:

Agent(s): Richard Maniara, HSI

(FBI)  (SECRET SERVICE)  (DEA)  (IRS) (ICE) (**OTHER**)

Homeland Securities Investigations (HSI)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER:   20-mj-3364

### BOND RECOMMENDATION

DEFENDANT: CLAYTON MANHERTZ

PTD

(Personal Surety) (Corporate Surety) (Cash) (**Pre-Trial Detention**)


By: _Peter W. Link_
SAUSA: Peter W. Link


Last Known Address: Jamaica


What Facility:


Agent(s): Richard Maniara, HSI

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)

Homeland Securities Investigations (HSI)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:   20-mj-3364

## BOND RECOMMENDATION

DEFENDANT: ROHAN MCDONALD

PTD

(Personal Surety) (Corporate Surety) (Cash) (**Pre-Trial Detention**)

By: _Peter W. Link_

SAUSA:  Peter W. Link

Last Known Address: Jamaica

What Facility:

Agent(s):   Richard Maniara, HSI

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)  (**OTHER**)

Homeland Securities Investigations (HSI)